*In re* EDNA RODRÍGUEZ VALENTÍN.

*Número:* TS-8440          *Resuelto:* 24 de mayo de 2002

*Sheila I. Vélez Martínez*, directora ejecutiva del Colegio de Abogados de Puerto Rico; *Edna Rodríguez Valentín, pro se.*

## RESOLUCIÓN

Vista la moción de desistimiento presentada por el Colegio de Abogados de Puerto Rico el 15 de abril de 2002 y la moción presentada por la querellada, Edna Rodríguez Valentín, el 19 de abril de 2002, y acogida esta última como una moción de reinstalación, *se ordena su reinstalación al ejercicio de la abogacía.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada Señora Naveira de Rodón y el Juez Asociado Señor Fuster Berlingeri no intervinieron.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*